UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RUTH KATHERINE HALL,<br><br>Defendant, | Case No. 14-cr-00427-JLS<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AS TO THIS DEFENDANT** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed with prejudice as to this Defendant.

IT IS SO ORDERED.

Dated: December 6, 2018

Hon. Janis L. Sammartino
United States District Judge